37045. COHEN v. DAWES.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED FEBRUARY 11, 1981.

*Whitehurst, Cohen & Blackburn, A. J. Whitehurst,* for appellant.
*Reid W. Kennedy, Reid G. Kennedy,* for appellee.